UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BARBARA STONE,

                Plaintiff,                Case no. 13-13544
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant,
_____/


ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's report and recommendation, filed August 21, 2014. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.


                        s/John Corbett O'Meara
                        United States District Judge

Date:  September 8, 2014


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 8, 2014, using the ECF system.


                        s/William Barkholz
                        Case Manager